CANADY, J.,
dissenting.
Because I would conclude that the trial court’s offer to mitigate Noel’s prison sentence as an incentive for Noel to disgorge a portion of his ill-gotten gains is not “so arbitrary or unfair as to be a denial of due process[,]” Bearden v. Georgia, 461 U.S. 660, 666 n. 8, 103 S.Ct. 2064, 76 L.Ed.2d 221 (1983), I dissent. I would adopt the cogent reasoning of Judge Gross’s opinion, approve the decision on review, and disapprove Nezi v. State, 119 So.3d 517 (Fla. 5th DCA 2013).
QUINCE, J., concurs.